JOSE GARAY, Bar No. 200494
JOSE GARAY, APLC
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone:  949.260.9193
Facsimile:   949.260.9194

ROGER CARTER, Bar No. 140196
THE CARTER LAW FIRM
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone:  949.260.4737
Facsimile:   949.260.4754

SCOTT B. COOPER, Bar No. 174520
THE COOPER LAW FIRM, P.C.
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone:  949.724.9200
Facsimile:   949.724.9255

Attorneys for Plaintiff MARIE HILL,
on behalf of herself and all others similarly situated

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE HILL, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>RED ROBIN INTERNATIONAL, INC. et al.,<br><br>                Defendants. | Case No..: SACV07-125 JVS(RNBx)<br><br>Assigned for All Purposes to:<br>The Honorable James V. Selna<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date:        April 14, 2008<br>Time:       1:30 p.m.<br>Courtroom:  10C |

The Court has received and considered the proposed Stipulation for Class Action Settlement between Plaintiff and Defendant (hereinafter the "Settlement Agreement"); has previously granted preliminary approval of the class settlement that provided for conditional class certification; has been informed by declarations that notice to the Class of the settlement has been given to the Class; has held a fairness hearing at which all parties appeared by their Counsel and at which the Class Members were afforded the opportunity to object to the proposed settlement; has received and reviewed briefing and evidence as to why the proposed settlement is fair, adequate and in the best interests of the represented class; has considered all other arguments and submissions in connection with the proposed settlement.

**NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Settlement Agreement and the terms therein are fair, just, reasonable and adequate as to the settling parties, including the Class, and is hereby finally approved in all respects. The parties are hereby directed to perform the terms of the said Settlement Agreement and to report to the Court when that performance has been completed.

2. The Class represented herein by Plaintiff is defined as all restaurant-based management employees of Defendant who were paid on other than an hourly basis and who were employed by Defendant in California from December 20, 2002 to the date of the preliminary approval of this action on November 19, 2007 (the "Class Members") with respect to the following claims: All claims alleged in the Complaint, or which reasonably could have been stated in the Complaint on behalf of Class Members, for misclassification, unpaid overtime, "off the clock" wages, missed meal and rest periods, and all derivative claims for penalties, interest, attorney's fees and costs arising under the applicable IWC Wage Orders during the time period covered by the Lawsuit, including without limitation, any claims under California's Private Attorney General Act (the "Covered Claims").

3. The unopposed application of Class Counsel for costs and attorneys' fees award against Defendant is hereby granted. Defendant shall pay $205,000 in fees and litigation costs of $7,467.13 to The Cooper Law Firm, P.C., Jose Garay, APLC and The Carter Law Firm ("Class Counsel"), with the payment to be made as provided for in the Settlement Agreement incorporated by reference. The Court hereby also awards a class representative enhancement of $10,000 to Marie Hill. The class representative enhancement shall be paid in accordance with the terms of the Settlement Agreement. The Class Administrator, Rust Consulting, Inc., shall be paid in accordance with the terms of the Settlement Agreement. No other costs and fees relief shall be awarded, either against Defendant or any related persons or entities or from the award to the Class.

4. All Class Members, except those who timely opted out of the settlement, are bound by the instant Final Judgment and Order of Dismissal With Prejudice, and by the previously-approved Settlement Agreement. Each participating Class Member is hereby deemed to have released Defendants and any related parties, as defined in the Settlement Agreement, from the claims described in the Settlement Agreement. Each Class Member is barred from commencing or prosecuting any of the claims, either directly, representatively or in any other capacity, that are released by the Settlement Agreement.

5. This action is hereby dismissed on the merits with prejudice. The Court shall retain jurisdiction of this action. Jurisdiction shall be so retained for the purpose of resolving any disputes that may arise as to the implementation of the monetary relief terms of the Settlement Agreement. At such time as a report is received that the monetary relief terms of the Settlement Agreement have been effectuated, the Court's jurisdiction shall be deemed terminated as a final matter for all purposes.

1  THIS COURT HEREBY ORDERS THAT THIS CASE IS DISMISSED WITH
2  PREJUDICE PURSUANT TO THE TERMS OF THE SETTLEMENT
3  AGREEMENT.
4
5  IT IS SO ORDERED.
6
7  Dated: May 05, 2008

   The Honorable James V. Selna
8  Judge, U.S. District Court for the Central
   District Of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28